**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: BEHRINGER HARVARD LAKE TAHOE, LLC, <br><br> ——————————— <br><br> BEHRINGER HARVARD LAKE TAHOE, LLC, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA, RENO, <br><br> Respondent, <br><br> BANK OF AMERICA NA; CUSHMAN & WAKEFIELD OF COLORADO, INC.; CHRISTOPHER T. DONALDSON, <br><br> Real Parties in Interest. | No. 13-73101 <br><br> D.C. No. 3:13-cv-00057-MMD-VPC <br><br> MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Nevada
Miranda Du, District Judge, Presiding

---

      [*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Argued and Submitted July 8, 2014
Pasadena, California

Before:  SILVERMAN, TALLMAN, and RAWLINSON, Circuit Judges.

Petitioner seeks the issuance of a writ of mandamus directing the district court to vacate its order transferring this case to the Northern District of Texas for further proceedings.  However, Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED**.